THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| J.L., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>ISSAQUAH SCHOOL DISTRICT,<br><br>    Defendant. | CASE NO. C21-0705-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties' joint status report indicates that they believe this case can be resolved on the briefs and without trial or significant (if any) formal discovery. (*See generally* Dkt. No. 14.) Accordingly it is hereby ORDERED that (1) the parties will submit a proposed briefing schedule to the Court by January 17, 2022; and (2) any discovery must be completed by March 25, 2022.

DATED this 7th day of January 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk