THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

J.L., *et al.*,

        Plaintiffs,

   v.

ISSAQUAH SCHOOL DISTRICT,

        Defendant.

CASE NO. C21-0705-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The Court ADOPTS the parties' proposed briefing schedule. (Dkt. No. 16). It is hereby ORDERED that briefing will occur as follows:

| Brief | Page Limit | Due Date |
| --- | --- | --- |
| Plaintiffs' Opening Brief | 24 pages | April 25, 2022 |
| Defendant's Response Brief | 24 pages | May 25, 2022 |
| Plaintiffs' Reply (optional) | 12 pages | June 8, 2022 |

//

//

//

MINUTE ORDER
C21-0705-JCC
PAGE - 1

DATED this 19th day of January 2022.

Ravi Subramanian<br>
Clerk of Court<br>
<br>
s/Sandra Rawski<br>
Deputy Clerk