THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| J.L., *et al.*,<br><br>           Plaintiffs,<br><br>      v.<br><br>ISSAQUAH SCHOOL DISTRICT,<br><br>           Defendant. | CASE NO. C21-0705-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties have notified the Court of their settlement, which they intend to perfect within 45 days of their notice. (*See* Dkt. No. 18). Accordingly it is hereby ORDERED that, on or before June 6, 2022, the parties shall file a stipulated notice of dismissal without a court order, in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii) or show cause why this case should not be dismissed with prejudice based on their settlement.

DATED this 25th day of April 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
C21-0705-JCC
PAGE - 1